**Fill in this information to identify the case:**

Debtor name **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   **22-01174**

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2.   **Petty cash** | **$300.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Hills Bank & Trust** | **Operating Account** | **4866** | **-$33,121.96** |
| 3.2. | **Ohnward Bank & Trust** | **Operating Account** | **7484** | **$144,100.64** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**   **$111,278.68**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

EXHIBIT P

| Debtor | **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** | Case number *(If known)* **22-01174** |
|---|---|---|
| | Name | |

| | Prepaid Insurance (MMIC Insurance, Inc. - Professional Liability and Cyber/Solutions/Medefense Plus Insurnace) | |
|---|---|---|
| 8.1. | | **$29,294.68** |

9. **Total of Part 2.**                                                                                         **$29,294.68**

Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **403,329.33** - **0.00** = .... **$403,329.33**
         face amount                    doubtful or uncollectible accounts

11b. Over 90 days old: **49,759.51** - **0.00** =.... **$49,759.51**
         face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                         **$453,088.84**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Implants and Injectables** | N/A | $61,043.60 | Net Book Value | $61,043.60 |

23. **Total of Part 5.**                                                                                         **$61,043.60**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**
Name

Case number *(If known)*  **22-01174**

☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value          **12,649.50**   Valuation method   **Book Value**   Current Value          **12,649.50**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Breakroom tables (4) and chairs (16)** | $0.00 | Net Book Value | Unknown |
| **Exam Rooms (17) - each with chair (1) and Dr. chair (1)** | $0.00 | Net Book Value | Unknown |
| **Front Desk, billing, consultation room, and office manger office - desks/chairs (8), table with 3 chairs and table with 4 chairs** | $0.00 | Net Book Value | Unknown |
| **Office Chairs (27)** | $0.00 | Net Book Value | Unknown |
| **PA's office - Desk (2) and Chair (2)** | $0.00 | Net Book Value | Unknown |
| **Procedure Rooms (2) - each with chairs (2) and Dr. chair (1)** | $0.00 | Net Book Value | Unknown |
| **Waiting Room - couch pieces (27) and end tables (10)** | $0.00 | Net Book Value | Unknown |
| 40. **Office fixtures** **Appliances - full size refrigerator (1), mini refrigerators (2), microwave (1)** | $0.00 | Net Book Value | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** | Case number *(If known)* | **22-01174** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | **Misc. Office Fixtures (Atomic Time Clock, Radio Tuner, Speakers etc.)** | $0.00 | Net Book Value | Unknown |
| | **Shelving and Filing Equipment** | $0.00 | Net Book Value | Unknown |
| | **TV and Mounts - Breakroom (1) and Lobby (1)** | $0.00 | Net Book Value | Unknown |
| | **Wire Shelving** | $0.00 | Net Book Value | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Software (Greenway, Zetafax & Misc. Computer Software)** | $0.00 | Net Book Value | Unknown |
| | **Computers (28 PC's, 8 tablets, 42 monitors, and other misc. computer equipment)** | $0.00 | Net Book Value | Unknown |
| | **Copier/Fax (1), Scanners (7), and Printers (9)** | $0.00 | Net Book Value | Unknown |
| | **Exam Rooms (17) Medical Equipment - each with an exam table, exam light and blood pressure machine/accessories** | $0.00 | Net Book Value | Unknown |
| | **Medical Equipment (LEEP 950 Unit, 5 dopplers, Microscope 380 Binocular, Hysteroscope and Tower System, Ultra Sound Equipment, 4 microscopes, 4 scales & other misc. medical equipment)** | $0.00 | Net Book Value | Unknown |
| | **Procedure Rooms (2) Medical Equipment - each with a bed and exam light** | $0.00 | Net Book Value | Unknown |
| | **Rock Technology Hardware (conversion to Greenway & EMR)** | $0.00 | Net Book Value | Unknown |
| | **Watchguard XTM3 Series 33** | $0.00 | Net Book Value | Unknown |
| | **Wave IP 2500 Base Phone System and phones (55)** | $0.00 | Net Book Value | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                  $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** | Case number *(If known)* **22-01174** |
|---|---|---|
| | Name | |

☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Copier - Leased from Leaf Capital Funding,<br>LLC** | $0.00 | Net Book Value | Unknown |
| **Leasehold Improvements (Signage & Front<br>Door)** | $16,991.15 | Net Book Value | $16,991.15 |
| **Postage Machine - Leased from Quadient<br>Leasing USA, Inc.** | $0.00 | Net Book Value | Unknown |

51.    **Total of Part 8.**                                                                                      $16,991.15

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **Obstetric and Gynecologic Associates of Iowa City
and Coralville, P.C.**
_____
Name

Case number (If known)   **22-01174**
_____

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Clinic / Office - 769 Heartland Dr. Suite 201 Coralville, IA 52241** | **Leased** | **$0.00** | **Net Book Value** | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | **$0.00** |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.obgyniowacity.com** | **Unknown** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer/Patient List** | **$0.00** | **None** | **Unknown** |
| 64. **Other intangibles, or intellectual property**<br>**Facebook - @obgynassociatescoralville** | **Unknown** | **None** | **Unknown** |
| **Instagram - @obgyniowacity** | **Unknown** | **None** | **Unknown** |
| 65. **Goodwill** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** | Case number *(If known)* **22-01174** |
|---|---|---|
| | Name | |

66. **Total of Part 10.**                                                                                   **$0.00**

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **NOL**                                        Tax year **2021** | **$470,334.00** |
| 73. **Interests in insurance policies or annuities**<br>**MMIC Insurance, Inc. - Professional Liability and Cyber/Solutions/Medefense Plus Insurance - Policy No. 600194** | **Unknown** |
| **Selective Insurance - General Liability/Commercial Insurance Policies - Policy No. S 2497049** | **Unknown** |
| **Selective Insurance - Workers' Compensation Insurance - Policy No. WC 9102927** | **Unknown** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. MMIC Group, Inc. (Excess Carrier Holding Company)** | **Unknown** |
| Nature of claim        **Bad Faith and breach of contract** | |
| Amount requested       **UNDETERMINED** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** | Case number *(If known)* **22-01174** |
|---|---|---|
| | Name | |

**Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. MMIC Insurance, Inc. n/k/a Constellation Mutual Holding Company (Excess Carrier Company)**

| Nature of claim | **Bad Faith and breach of contract** | **Unknown** |
|---|---|---|
| Amount requested | **UNDETERMINED** | |

**Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. BEAM LEGAL TEAM, LLC, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C, THE JAMES LAW FIRM, P.C., and Koopmans Law Group, LLC, (Judgment Creditor Counsel)**

| Nature of claim | **Improper and tortious conduct arising out of or relating to collection actions** | **Unknown** |
|---|---|---|
| Amount requested | **UNDETERMINED** | |

**Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. Mercy Hospital Cedar Rapids**

| Nature of claim | **Contribution claim on account of pending action, No. 06521 LACV 081421** | **Unknown** |
|---|---|---|
| Amount requested | **UNDETERMINED** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$470,334.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**
Name

Case number *(If known)* **22-01174**

---

Part 12:   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $111,278.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $29,294.68 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $453,088.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $61,043.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,991.15 | |
| 88. **Real property.** *Copy line 56, Part 9*......................>  | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $470,334.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,142,030.95 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,142,030.95 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    **22-01174**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■    Amended *Schedule*    **A/B**
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2023**        X **/s/ Jeffrey T. Varsalone**
                                             Signature of individual signing on behalf of debtor

                                             **Jeffrey T. Varsalone**
                                             Printed name

                                             **Chief Restructuring Officer**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**