IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DISTRICT

| | |
|---|---|
| MMIC INSURANCE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.,<br><br>    Defendant. | CASE NO. 3:23-cv-00039-SMR-SBJ<br><br><br>**JOINT MOTION TO CANCEL STATUS CONFERENCE SET FOR MARCH 20, 2024** |

The parties <u>jointly</u> move to cancel the Status Conference set in this matter for March 20, 2024 at 10am.

1. On August 29, 2023, the Court set a status conference in this matter for March 20, 2024 at 10am. *See* Doc. # 15.

2. Pursuant to the August 29, 2023 Order, the parties are to submit a status conference agenda.

3. Since that time, the Court has ruled on a Motion for Temporary Restraining Order and Injunctive Relief, and a dispositive motion currently pends. *See* Doc. # 22.

4. In lieu of filing a status conference agenda, the parties have conferred and mutually believe there are no items to discuss and the status conference should hereby be cancelled until and unless an issue arises.

WHEREFORE, the parties respectfully request the Court cancel the status conference set for March 20, 2024.

1

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon counsel of the parties to this action on March 18, 2024, by CM/ECF.

/s/ Adam D. Zenor

Copy to:

Nicholas C. Rowley
Dominic F. Pechota
Jonathan M. Specht
TRIAL LAWYERS FOR JUSTICE, PC
421 West Water Street, Third Floor
PO Box 228
Decorah, IA 52101
nr@tl4j.com
dominic@tl4j.com
jon@tl4j.com

ATTORNEYS FOR OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.

ZENOR LAW FIRM, PLC

By: /s/ *Adam D. Zenor*
    Adam D. Zenor, AT0009698

By: /s/ *Derek R. LaBrie*
    Derek R. LaBrie, AT0014157

111 E. Grand Ave., Suite 400
Des Moines, IA 50309
Phone: 515.650.9005
Fax: 515.206.2654
adam@zenorlaw.com
derek@zenorlaw.com

MEISSNER TIERNEY FISHER & NICHOLS, SC

By: /s/ *Mark D. Malloy*
    Mark D. Malloy, *Pro Hac Vice*

111 East Kilbourn Avenue, 19th Floor
Milwaukee, Wisconsin 53202
Phone: 414.273.1300
Fax: 414.273.5840
mdm@mtfn.com

ATTORNEYS FOR MMIC INSURANCE, INC.

TRIAL LAWYERS FOR JUSTICE, PC

Nicholas C. Rowley
Dominic F. Pechota
Jonathan M. Specht
421 West Water Street, Third Floor
PO Box 228
Decorah, IA 52101
nr@tl4j.com
dominic@tl4j.com
jon@tl4j.com

ATTORNEYS FOR OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.