## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

| Case No. 3:23-cv-00039-SMR-WPK | : | Clerk's Court Minutes – Motion Hearing |

| Plaintiff(s) | Defendant(s) |
|---|---|
| MMIC Insurance, Inc. | Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C |

Plaintiff(s) Counsel: Adam D. Zenor, Derek R. LaBrie, Mark Dennis Malloy

Defendant(s) Counsel: Clinton Ehrlich, Chayce Glienke, Ryan Gene Koopmans (Intervenor), Robert G. Kamenec (Intervenor)

Court Reporter: Kelli Mulcahy  :  Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| MOTION for Summary Judgment by MMIC Insurance, Inc [22] | Reserved |

Proceedings:

Court and Counsel are present for a Motion Hearing, ECF [22]. Roll call taken. 9:02 AM Argument by Plaintiff. Counsel submits Exhibit A for judicial notice. 9:31 AM Argument by Defendant. 9:51 AM Argument by Intervenor. 9:58 AM Rebuttal by plaintiff.  10:11 AM Rebuttal by defendant. 10:14 AM Rebuttal by Intervenor.  Counsel for Defendant, OB/GYN associates and counsel for Intervenor S.K. asked for additional time to brief matters related to the summary judgment motion filed by Plaintiff MMIC.  Before granting the requested briefing schedule, the Court sought assurances from Defendant OB/GYN associates that it would not dismiss the pending state appeal if such an extended briefing schedule were granted.  Defendant OB/GYN affirmed and agreed it would not dismiss the pending state appeal until the Court issued a decision on Plaintiff MMIC's motion for summary judgment.  The Court accepted that agreement and ordered that all parties maintain the status quo of the state appeal until the Court issued its ruling.
Court allows intervenor 30 days to submit brief to the court and counsel for plaintiff and defendant 10 days to file their response.
10:15 AM Adjourn.

Order to follow.

Time Start: 9:00 AM
Time End:  10:15 AM
Date:  April 5, 2024

/s/ Penny Luthens
_____
Deputy Clerk