IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| MMIC INSURANCE, INC., | Case No. 3:23-cv-00039-SMR-WPK |
| Plaintiff, | |
| | ORDER |
| v. | |
| OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C., | |
| Defendant. | |
| THOMAS T. TARBOX, on behalf of S.K., | |
| Intervenor. | |

Before the Court is a Motion filed by Defendant Obstetric & Gynecologic Associates of Iowa City and Coralville, P.C. [ECF No. 67].[1] Defendant seeks to continue the trial set to commence next month or, in the alternative, compel production of certain documents. For the reasons briefly discussed below, the trial will be continued without date.

An appeal in the state civil case underlying this action was heard by the Iowa Supreme Court on September 11, 2024. Defendant argues that a decision from the court will "moot" this case and "obviate the need for a trial." [ECF No. 67-1 at 4]. The Court does not agree that is an accurate characterization given the claims here. Nevertheless, due to the interrelatedness of the issues in both cases, it is prudent at this stage of the case to continue trial until a further date as set by the Court. The currently pending motions will be held in abeyance until a decision is issued by

---

[1] The Court recognizes that Defendant's Motion does not comply with the Federal Rules of Civil Procedure or the Local Rules. Nevertheless, the interests informing the disposition of the request outweigh counsel's failure to meet and confer.

1

the Iowa Supreme Court in *S.K. v. Obstetric & Gynecologic Assoc. of Iowa City & Coralville, P.C.*, No. 22-1317.  Accordingly, Defendant's Motion is GRANTED.  [ECF No. 67].

  IT IS SO ORDERED.

  Dated this 19th day of September, 2024.

                  _____
                  STEPHANIE M. ROSE, CHIEF JUDGE
                  UNITED STATES DISTRICT COURT