IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DISTRICT

| | |
|---|---|
| MMIC INSURANCE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.,<br><br>    Defendant. | CASE NO. 3:23-cv-00039-SMR-SBJ<br><br>**NOTICE OF PAYMENT OF PROCEEDS** |

MMIC Insurance, Inc. ("MMIC") hereby provides Notice to the Court of the following:

1. On November 8, 2024, the Iowa Supreme Court issued its opinion in the underlying direct appeal, reversing and remanding the matter for a new trial in Johnson County. *See* Doc # 81-2.

2. On November 19, 2024, MMIC requested payment in restitution of the $12 million policy proceeds, as well as interest thereon, from counsel for S.K. pursuant to Iowa Code section 625A.15 and Restatement of Restitution section 74, comment d.

3. On November 20, 2024, counsel for S.K. issued return payment to MMIC of the $12 million principal only.

4. Plaintiff MMIC hereby provides this Notice in the event it might assist the Court relative to its analysis of appropriate relief in this case.

1

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon counsel of the parties to this action on November 22, 2024, by CM/ECF.

*/s/ Adam D. Zenor*

Copies to:

Nicholas C. Rowley
Dominic F. Pechota
Chayce Glienke
TRIAL LAWYERS FOR JUSTICE, PC
421 West Water St., Third Floor
PO Box 228
Decorah, IA 52101
Phone: 563.382.5061
nr@tl4j.com
dominic@tl4j.com
chayce@tl4j.com

Clinton Ehrlich
LAW OFFICES OF CLINTON EHRLICH
120 Vantis Dr., Suite 300
Aliso Viejo, CA 92656
Phone: 818.473.5404
clint@ehrlichlaw.org

ATTORNEYS FOR OBSTETRIC AND
GYNECOLOGIC ASSOCIATES OF IOWA CITY AND
CORALVILLE, PC

Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 E. Court Ave., Suite 420
Des Moines, IA 50309
Phone: 515.978.1140
ryan@koopmansgroup.com

Robert G. Kamenec
FIEGER FIEGER KENNEY & HARRINGTON, PC
19390 W. 10 Miles Rd.
Southfield, MI 48075
Phone: 248.355.5555
r.kamenec@fiegerlaw.com

Matthew M. Patterson
BEAM LEGAL TEAM, LLC
954 W. Washington Blvd., Ste. 215
Chicago, IL 60607
Phone: 312.733.0930
mpatterson@beamlegalteam.com

ATTORNEYS FOR INTERVENOR S.K.

ZENOR LAW FIRM, PLC

By: */s/ Adam D. Zenor*
    Adam D. Zenor, AT0009698

By: */s/ Derek R. LaBrie*
    Derek R. LaBrie, AT0014157

111 E. Grand Ave., Suite 400
Des Moines, IA 50309
Phone: 515.650.9005
Fax: 515.206.2654
adam@zenorlaw.com
derek@zenorlaw.com

MEISSNER TIERNEY FISHER &
NICHOLS, SC

By: */s/ Mark D. Malloy*
    Mark D. Malloy, *Pro Hac Vice*

111 E. Kilbourn Ave., 19th Floor
Milwaukee, Wisconsin 53202
Phone: 414.273.1300
Fax: 414.273.5840
mdm@mtfn.com

ATTORNEYS FOR MMIC INSURANCE, INC.