IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DISTRICT

| | |
|---|---|
| MMIC INSURANCE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OBSTETRICAL & GYNECOLOGICAL ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.,<br><br>Defendant,<br><br>THOMAS T. TARBOX, on behalf of S.K.,<br><br>Intervenor. | CASE NO. 3:23-CV-00039-SMR-SBJ<br><br><br><br>**DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT** |

PLEASE TAKE NOTICE that Defendant Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. ("the Clinic"), hereby submits the following motion to alter or amend the judgment entered on March 31, 2025.

The motion is brought under Rules 59(e) and 62.1 of the Federal Rules of Civil Procedure. It seeks to correct the manifest injustice of this Court misapplying (a) the standard for summary judgment under Rule 56 of the Federal Rules of Civil Procedure and (b) and the standard for prejudice under Iowa insurance law. In the alternative, the motion requests that this Court clarify that its order applies only to the Clinic, not Dr. Goodman, under the express terms of the Policy. The motion is based on the concurrently filed brief, the declaration of Clinton Ehrlich-Quinn, and the pleadings and other documents on file in this action.

WHEREFORE, the Clinic prays that the Court issue a memorandum indicating that it would alter or amend the judgment pursuant to Rule 59(e), so that the Clinic can request a limited remand from the Eighth Circuit for that purpose.

Dated: April 28, 2025

Respectfully submitted,

TRIAL LAWYERS FOR JUSTICE, P.C.

By: */s/ Clinton Ehrlich*
(Admitted *pro hac vice*)

By: */s/ Dominic Pechota*
Nicholas C. Rowley, AT0009515
Dominic F. Pechota, AT0006175
Clinton Ehrlich, CA#324021

421 W. Water Street, Third Floor
Decorah, IA 52101
Phone: (563) 382-5071
Fax: (888) 801-3616
Email: nr@tl4j.com
Email: dominic@tl4j.com
Email: clint@tl4j.com

ATTORNEYS FOR DEFENDANT
OBSTETRIC AND GYNECOLOGICAL
ASSOCIATES OF IOWA CITY AND
CORALVILLE, P.C.

**Certificate of Service**
The undersigned certifies that the foregoing instrument was served upon counsel of the parties to this action on April 28, 2025, by CM/ECF.

*/s/ Dominic F. Pechota*

Copies to:

Adam D. Zenor
Derek R. LaBrie

ZENOR LAW FIRM, PLC
111 E. Grand Ave., Suite 400
Des Moines, IA 50309
Phone: (515) 650-9005
Fax: (515) 206-2654
Email: adam@zenorlaw.com
Email: derek@zenorlaw.com

Mark D. Malloy
MEISSNER TIERNEY FISHER &
NICHOLS, SC
111 E. Kilbourn Ave., 19th Floor
Milwaukee, WI 53202
Phone: (414) 273-1300
Fax: (414) 273-5840
Email: mdm@mtfn.com

ATTORNEYS FOR PLAINTIFF
MMIC INSURANCE, INC.

Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 E. Court Ave., Suite 420
Des Moines, IA 50309
Phone: (515) 978-1140
Email: ryan@koopmansgroup.com

Robert G. Kamenec
FIEGER FIEGER KENNEY &
HARRINGTON, PC
19390 W. 10 Miles Rd.
Southfield, MI 48075
Phone: (248) 355-5555
Email: r.kamenec@fiegerlaw.com

Matthew M. Patterson
BEAM LEGAL TEAM, LLC
954 W. Washington Blvd., Suite 215
Chicago, IL 60607
Phone: (312) 733-0930
Email: mpatterson@beamlegalteam.com

ATTORNEYS FOR INTERVENOR S.K.