## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 25-1907
_____

MMIC Insurance Inc.

Plaintiff - Appellee

v.

Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

Defendant - Appellee

------------------------------

Thomas T. Tarbox, on behalf of S.K.

Intervenor - Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:23-cv-00039-SMR)

---

**JUDGMENT**

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 30, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Susan E. Bindler